**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROGER WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DELTA AIRLINES, SHARE )<br>BUILDERS.COM, )<br>)<br>Defendant, ) | Civ. A. No. 18-305<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |
| ROGER WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRIS EYSTER and PAUL BOAS, )<br>)<br>Defendant, ) | Civ. A. No. 18-306<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |
| ROGER WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MCKEESPORT POLICE DEPT., et al., )<br>)<br>Defendant, ) | Civ. A. No. 18-307<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |

1

| ROGER WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civ. A. No. 18-308 |
| U.S. GOV'T / FEDERAL A/G and RENEWAL CENTER, | ) ) ) ) | Judge Nora Barry Fischer Magistrate Judge Cynthia Reed Eddy |
| Defendant, | ) ) | |

| ROGER WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civ. A. No. 18-311 |
| MIKE HEALEY, | ) ) | Judge Nora Barry Fischer Magistrate Judge Cynthia Reed Eddy |
| Defendant, | ) ) ) | |

| ROGER WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civ. A. No. 18-314 |
| UNITED STATES OF AMERICA, et al. | ) ) | Judge Nora Barry Fischer Magistrate Judge Cynthia Reed Eddy |
| Defendant, | ) ) ) | |

## **MEMORANDUM ORDER**

AND NOW, this 17th day of April, 2018, after *pro se* Plaintiff Roger Wilson was granted leave to proceed in forma pauperis in each of the above listed actions by the United States Magistrate Judge, who then proceeded to file separate Reports and Recommendations in each of

the cases with the Court, recommending that each of the Complaints be dismissed, *sua sponte*, pursuant to 28 U.S.C. §1915(e)(2), as the claims set forth in each of the actions were frivolous, and Plaintiff having filed objections to same, and after conducting a de novo review upon an independent review of the record in each of the cases,

The Court hereby ORDERS the following:

1. Civil Action No. 18-305 *Wilson v. Delta Airlines et al.* - The Report and Recommendation filed on April 9, 2018 [11] recommending that Plaintiff's claims for fraud seeking $25 million in damages due to an alleged theft of stock that he purchased in 2006 by Defendants be dismissed as frivolous is adopted as the Opinion of the Court; Plaintiff's objections to the Report and Recommendation complaining of the screening procedures utilized by the Magistrate Judge and claiming that he would cite to additional statutes [12] are OVERRULED; Plaintiff's Complaint [9] is DISMISSED, with prejudice, as it is frivolous; Plaintiff's Motion to Get the Marshals to Make Service [5] is DENIED, as moot; and the Clerk of Court is directed to mark this case CLOSED;

2. Civil Action No. 18-306 *Wilson v. Eyster et al.* -- The Report and Recommendation filed on April 9, 2018 [10] recommending that Plaintiff's claims for "Slavery 18 USC 1589" and "18 USC Theft By Deception" seeking $2 billion in damages from his prior defense counsel in criminal numbers 06-316 and 07-101 be dismissed as frivolous is adopted as the Opinion of the Court; Plaintiff's objections to the Report and Recommendation [12] stating he cited the incorrect statute and wishes to pursue claims under 18 USC 1584 and contends that the screening procedure utilized by the Magistrate Judge is illegal are OVERRULED, as they are without merit; Plaintiff's

Complaint [8] is DISMISSED, as frivolous; Plaintiff's Motion to Get the Marshals to Make Service [4] is DENIED, as moot; and the Clerk of Court is directed to mark this case CLOSED;

3. Civil Action 18-307 *Wilson v. McKeesport Police Dept. et al.* – The Report and Recommendation filed on April 9, 2018 [11] recommending that Plaintiff's claims for "Obstruction [of] Justice 18 U.S.C. 1503" seeking $25 million in damages from the McKeesport Police Department, the City of McKeesport, the SEC, the U.S. Gov't and State of PA arising from his having filed police reports (in 2011 and 2017) complaining that Delta Airlines stole around $10 million in stock be dismissed, as frivolous, is adopted as the Opinion of the Court; Plaintiff's objections to the Report and Recommendation [12] once again objecting to the procedures of the Magistrate Judge and claiming that he is attempting to pursue civil antitrust claims are OVERRULED, as his claims are still frivolous; Plaintiff's Motion to Get the Marshals to Make Service [4] is DENIED, as moot; Plaintiff's Complaint [7] is DISMISSED, with prejudice, as it is frivolous; and the Clerk of Court is directed to mark this case CLOSED.

4. Civil Action No. 18-308 – *Wilson v. U.S. Gov't, et al.* – The Report and Recommendation filed on April 9, 2018 [10] recommending that Plaintiff's claims for "Slavery 18 USC 1585" wherein he asserts that he was arrested in 2011 between May and July and held by the U.S. Government until December 2011 without trial and knew he was innocent be dismissed, as frivolous, is adopted as the Opinion of the Court; Plaintiff's objections [11] complaining about the alleged illegal procedures utilized by the Magistrate Judge and clarifying that the Government both incarcerated

him without trial and stole his patents are OVERRULED, as his claims are frivolous; Plaintiff's Complaint [7] is DISMISSED, with prejudice, as it is frivolous; Plaintiff's Motion to Get the Marshals to Make Service [4] is DENIED, as moot; and the Clerk of Court is directed to mark this case CLOSED.

5. Civil Action No. 18-311 – *Wilson v. Healey* – The Report and Recommendation dated April 9, 2018 [8] recommending that Plaintiff's claim for "Slavery 18 USC 1584" against his prior counsel Michael Healey, Esquire, (who represented him in 2012 during supervised release proceedings), seeking $100 million in damages be dismissed, as frivolous, is adopted as the Opinion of the Court; Plaintiff's objections [9] contesting the Magistrate Judge's procedures and complaining about his incarceration on violation petitions and the alleged theft of his patents are OVERRULED, as they are meritless; Plaintiff's Motion for Service by U.S. Marshal [3] is DENIED, as moot; Plaintiff's Complaint [6] is DISMISSED, with prejudice, as it is frivolous; and the Clerk of Court is directed to mark this case CLOSED;

6. Civil Action No. 18-314 – *Wilson v. United States of America et al.* – The Report and Recommendation filed on April 9, 2018 [8] recommending that Plaintiff's claims for "Obstruction [of] Justice 18 U.S.C. 1503" and "42 U.S.C. 1981 Equal Rights Under the Law" seeking $50,000 in damages against the Defendants based on his having attempted to file police reports against his attorney for illegally stealing money from him but the law enforcement agents refuse to take the reports and then later, upon taking one of his reports, refused to arrest the attorney must be dismissed, as frivolous; Plaintiff's objections [9] are OVERRULED as they are without merit; Plaintiff's Complaint [6] is DISMISSED, with prejudice, as it is frivolous; Plaintiff's

Motions [3], [4] seeking the U.S. Marshal to make service are DENIED, as moot;

and, the Clerk of Court is directed to mark this case CLOSED.

IT IS SO ORDERED.

<u><i>s/Nora Barry Fischer</i></u><br>
Nora Barry Fischer<br>
U.S. District Judge

cc/ecf: All counsel of record